**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **DWAYNE STOUTAMIRE,** | : |
| Plaintiff, | : Case No. 2:22-cv-2037 |
| v. | : Chief Judge Algenon L. Marbley |
| **DR. ANDREW EDDY** | : Magistrate Judge Kimberly A. Jolson |
| Defendant. | : |

**ORDER**

On October 13, 2022, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 10) recommending that this Court deny Defendant Andrew Eddy's Motion to Dismiss (ECF No. 7). The parties were advised of their right to object to the Report and Recommendation within fourteen days and of the rights they would waive by failing to do so. (ECF No. 10 at 7–8). No objections have been filed, and the deadline lapsed on October 27, 2022. As such, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 10), and **DENIES** Defendant's Motion to Dismiss (ECF No. 7).

IT IS SO ORDERED.

**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:** February 27, 2023